Graham Archer [SBN: 262464]
Law Office of Graham Archer
95 S. Market Street, Suite 300
San Jose, CA 95113
Ph: 408-596-9451
Fax: 408-596-5657
graham@garcher.com

Attorney for Defendant Eduardo Ortiz-Canelas

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Eduardo Ortiz-Canelas<br><br>Defendant. | **12-CR-00569-DLJ**<br><br>**Stipulation and [] Order Continuing Status Date** |

The parties, Eduardo Ortiz-Canelas and the Government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for September 27, 2012 be continued to Qevqdgt"47."4234"cv"; :00am for further status.

Defense counsel requires further time for investigation and to conference with his client.

Dated: __9/26/12___

                                           /s/
                                    Graham Archer
                                    Attorney for Eduardo Ortiz-Canelas

Dated: __9/26/12___

                                           /s/
                                    Meredith Edwards
                                    Assistant United States Attorney

[] Order

Good cause appearing, upon stipulation of all parties, IT IS HEREBY ORDERED that the hearing currently set for September 27, 2012 at 9:00am in action 12-CR-00569-DLJ, shall be continued to October 25, 2012 at 9:00am.

The Court finds that failing to exclude the time between September 27, 2012 and October 25, 2012 would unreasonably deny counsel for Mr. Ortiz-Canelas reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

The Court finds that the ends of justice served by excluding the time between September 27, 2012 and October 25, 2012 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between September 27, 2012 and October 25, 2012 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:

_____
Hon. D. Lowell Jensen
U.S. District Judge

**STIPULATION AND [] ORDER CONTINUING STATUS**